1:02CV10300 RCL

73 Walnut Street –Unit #4
Newton, MA 02460
T: [617] 964-2164

March 9, 2008

Edward J. Drew
156 Virginia Road
Waltham, MA 02453

RE: **ELDER ABUSE AND PUBLIC CORRUPTION**
**OUR VICTIMIZED 94 YEAR OLD MOTHER: FRANCES C. BUTTRICK**

Dear Mr. Drew:

Again, you have not responded. We need you to accompany us to authorities to tell the truth. Our defenseless 94-year-old mother [Frances C. Buttrick] is being terribly abused with **unnecessary dangerous drugs**. You refused to investigate elder abuse and subjected us to a malicious prosecution. You had NO witness, NO evidence, and NO case, yet turned our lives into a hellish nightmare. While for yourself, you accepted **preferential treatment** through your powerful connections, which seem to be endless. Included were former DA Martha Coakley, former AG Thomas Reilly, Framingham State Police, Federal Bureau of Investigation, and U. S. Attorney Michael Sullivan, former Governor Mitt Romney, judges, lawyers, state and federal agencies and others. Further, you benefited through Sergeant Anthony Vazquez who promised to testify on our behalf. But instead, you and 'Vazquez' pulled a fast one, ignored our court subpoenas, and Judge Robert McKenna had the nerve to file a secret ruling and the abusive pattern continued with other corrupt judges.

"Rather than acknowledging the truth, you continued to accept favors from our local Police Chief John O'Brien, Mayor David Cohen, and Judge Dyanne Klein versus speaking up." You never once disputed our serious allegations and CANNOT because they are true. To state, "YOU DID NOT WANT TO DO THIS TO OUR FAMILY" is appalling and despicable. You should be doing jail time, but so far being wrongly protected by many.

We received a letter dated March 4, 2008 from Pro Se Coordinator John Cross, Trial Court this past Thursday [in response to Feb. 15, 2008 communications to Jury Commissioner Pamela J. Wood], asked for clarification regarding Probate & Family Court's involvement. We will respond with below attachments and want you to also respond to Chief Justice Paula Carey since YOU led this **long vicious monstrous battle**. We also invite lawyers, investigators, involved judges and our local Chief John O'Brien and Mayor David Cohen to respond to CJ Carey.

While we wait to hear back from Chief Justice Mark Wolf, District Attorney Leone, Governor Deval Patrick, Senator Patrick Leahy, Congressman Barney Frank and others, please respond to our letters [12/15/07, 12/01/07, & 11/16/07]. In addition, please give your comments on our letters to Attorney Kelly, Investigator Leslie Doyle, Governor Deval Patrick, Chairman Patrick Leahy, DA Gerald Leone Jr., Inspector General Gregory Sullivan, Rep. Peter Koutoujian, Senator John Kerry, Congressman Barney Frank, and Commissioner Pamela Wood.

Obviously, we do not have time to copy all parties involved. Many were going to help, but once they learned you are criminally involved, our family was shunned and denied protection. If any lawyer, prosecutor, or judge directed you NOT to answer our letters, please provide their names in writing to us. Is Attorney Howard Rock still your lawyer? YOU must see that WE are not going away until our mother is released from force drugging. We will copy Attorney Diane Patrick and Ann Romney to ask for their help. During one of Ms. Romney's speeches, she stated "Washington does not hear us" and hope she will lend her powerful voice to our victimized family.

We look forward to your prompt response.

Janet J. Pidge

Beverley A. Finnegan

Enclosure: Letter Dated March 4, 2007 from John H. Cross, Pro Se Coordinator, Trial Court

Below Enclosures [sent ONLY to Pro Se Coordinator John H. Cross]:
Our Letters [02/19/08, 02/17/08, 12/11/07, 12/07/07, 12/01/07] to Jury Commission
Our Letters [12/15/07, 12/10/07 & 11/16/07] to Mr. Edward J. Drew
Our Letter [12/10/07] to Attorney Michael D. Kelly
Our Letter [11/08/07] to Investigator Leslie Doyle
Our Letter [10/01/07] & Fax [10/03/07] to Congressman Barney Frank
Our Letter [09/29/07] to Governor Patrick, Chairman Leahy, DA Leone, & IG G. Sullivan
Our Letter [09/13/06] to Police Chief John O'Brien & Mayor David Cohen
Our Letters [09/11/06, 08/29/06] to Sarah Allison Thornton, Clerk of Court, Moakley Courthouse
Our Letter [07/30/06] to Tami Allen, Outreach Social Worker, Traditions - Council on Aging
Our Letter [12/06/05] to Chief Justice Margaret Marshall
Notes from Attorney Douglas
Our Letter [10/31/05], Assistant Susan Vieriera, Middlesex-Probate Court
Our Letter [09/06/05] to Senator John Kerry
Our Letter [03/15/05] to Chief Justice Robert Mulligan
Our Letter [03/16/05] to District Attorney William R. Keating, Norfolk DA's Office

c.c.

**District Attorney Gerald Leone**
Middlesex DA's Office
40 Thorndike Street, Floor 2
Cambridge, MA 02141

**Attorney General Martha Coakley**
Office of the Attorney General
100 Cambridge Street
Boston, MA 02114

**Kenneth W. Kaiser, Special Agent**
**FBI Agent Roderick**
Federal Bureau of Investigation
One Center Plaza, Suite 600
Boston, MA 02108

**Michael Loucks, First Assistant**
**United States Attorney**
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

**Patrick J. Fitzgerald,**
**United States Attorney**
United States Attorney Office
Everett McKinley Dirksen Building
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

**Captain Thomas Lacroix**
**Acting-Police Chief**
Waltham Police Department
155 Lexington Street
Waltham, MA 02452

**Congressman Barney Frank**
29 Crafts Street – Suite 375
Newton, MA 02458

**Governor Deval Patrick**
State House, Office of the Governor
Room 360
Boston, MA 02133

**Colonel Mark F. Delaney, Superintendent**
Massachusetts State Police
470 Worcester Road
Framingham, MA. 01702

**EX-Governor Mitt Romney**
171 Marsh Street
Belmont, MA 02478

**Ann Romney**
171 Marsh Street
Belmont, MA 02478

**Thomas F. Reilly**
60 Palfrey Street
Watertown, MA 02472

**Attorney General Martha Coakley**
Office of the Attorney General
One Ashburton Place
Boston, MA 02108

**Attorney Michael D. Kelly**
Segalini & Neville
411 Waverley Oaks Road
Waltham, MA 02452

**Attorney Howard J. Rock**
Segalini & Neville
411 Waverley Oaks Road
Waltham, MA 02452

**Attorney Andrew A. Karas**
628 High Street
Dedham, MA 02026-1833

**Gregory W. Sullivan**
**Inspector General**
Office of the Inspector General
John W. McCormack Sate Office Building
Boston, MA 02108

**Lt. Governor Timothy Murray**
State House
Office of the Governor
Room 360
Boston, MA 02133

**Attorney Diane B. Patrick**
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

**Chairman Patrick J. Leahy**
224 Dirksen Senate Office Building
Washington, D. C. 20510

**Josie Gulla / Lucy Campo**
42 8TH Street
Charlestown, MA 02129

**John H. Cross, Pro Se Coordinator**
Probate and Family Court Department
Administrative Office
Two Center Plaza
Boston, MA 02108

**Police Officer Richard Paglia**
Newton Police Department
1321 Washington Street
Newton, MA 02465

**Police Officer John Claflin**
Newton Police Department
1321 Washington Street
Newton, MA 02465

**Judge Dyanne Klein**
**Clerk Henry Shultz**
Newton District Court
1309 Washington Street
West Newton, MA 02465

**Carol Rose, Executiva Director**
American Civil Liberties Union
211 Congress Street, Third Floor
Boston, MA 02110

**Rev. Ronald Barker, Pastor**
**Rev. Michael L. Steele**
St. Joseph's Parish
173 Albion Street
Wakefield, MA 01880

**Attorney Robert Wheeler**
**Attorney Anne Kaufman**
Board of Bar Overseer's
99 High Street
Boston, MA 02110

**Chief Judge Mark L. Wolf**
**Dennis O'Leary, Law Clerk**
John Joseph Moakley U.S. Courthouse
1 Courthouse Way -Suite 2300
Boston, MA 02210

**Michael J. Sullivan, U.S. Attorney**
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

**Chief Justice Paula Carey**
Probate and Family Court Department
Administrative Office
Two Center Plaza
Boston, MA 02108

**Attorney James Nelligan**
158 E. Foster Street
Melrose, MA 02176

**District Attorney William R. Keating**
Norfolk District Attorney's Office
45 Shawmut Road
Canton, MA 02021

**State Trooper Suzanne Snow**
Massachusetts State Police
470 Worcester Road
Framingham, MA 01702

**Leslie Doyle**
6 Morgan Avenue
Newbury, MA 01951

**Attorney Elizabeth Baum**
27 Metacomet Road
Waban, MA 02468

**Associate Justice Beverly W. Boorstein**
Norfolk Probate and Family Court
35 Shawmut Road
Canton, MA 02021

**Law Clerk Michelle Rynne**
Judge Douglas Woodlock
John Joseph Moakley U. S. Courthouse
1 Courthouse Way –Suite 2300
Boston, MA 02210

**Sheila M. Calkins**
18 Falmouth Street
Belmont, MA 02478

**Attorney Robert Ledoux**
F: [978] 741-9958

**Pamela J. Wood, Jury Commissioner**
Office of Jury Commissioner
560 Harrison Avenue – Suite 600
Boston, MA 02118-2447

**Hon. Chief Justice John Conyers, Jr.**
Judiciary Committee
2138 Rayburn House Office Building
Washington, DC 20515

**Assistant Clerk Susan Irvin**
**Judge Anthony P. Sullivan**
Boston Municipal Court Department
24 Chardon Street
Boston, MA 02114

**Police Chief John O'Brien**
Newton Police Department
1321 Washington Street
Newton, MA 02465

**John [Jack] P. Claflin**
**Mary W. Claflin**
247 Linwood Avenue
Newtonville, MA 02460

**Chief Justice Margaret Marshall**
Supreme Judicial Court
John Adams Courthouse
One Pemberton Square
Boston, MA 02108

**Chief Justice Robert A. Mulligan**
Administrative Offices of the Trial Court
Two Center Plaza, Suite 540
Boston, MA 02108

**Mayor David B. Cohen**
**Citizen Officer Maureen Grimaldi**
Newton City Hall
1000 Commonwealth Ave.
Newton, MA 02459

**Meyor Jeannette A. McCarthy**
City of Waltham Mayor's Office I
City Hall Second Floor
610 Main Street,
Waltham, MA 02452

**Senator Arlen Specter**
907 Rockwood Parkway NW
Washington, DC 20510

**State Representative**
Peter J. Koutoujian, Jr.
State House - Room 130
Boston, MA 02133

**Senator John Kerry**
One Bowdoin Square
Tenth Floor
Boston, MA 02114

**Senator Cynthia Stone Creem**
State House
Room 416-B
Boston, MA 02133

**Gillian E. Pearson, Executive Director**
Commission on Judicial Conduct
11 Beacon Street –Suite 525
Boston, MA 02108

**Attorney John P. Mulvee**
Office of Jury Commissioner
560 Harrison Avenue – Suite 600
Boston, MA 02118-2447
F: [617] 422-5869

**Joseph Bergantino**
Investigative Reporter
CBS4-New's I-Team
1170 Soldiers Field Rd
Boston, MA 02134

**Henri A. Termeer, Chairman & CEO**
Genzyme Corporation
500 Kendall Street
Cambridge, MA 02142